DEA 2047776

AO 442 (Rev. 01/09) Arrest Warrant    AUSA SCOTT H. BEHNKE    DEA S/A Joseph Gill (305) 992-5736

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

SEALED BY COURT ORDER

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 11-60033 |
| WAYNE RICHARDS, | ) | |
| *Defendant* | ) | |

CR - COOKE
MAGISTRATE
BANDSTRA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __WAYNE ADAM RICHARDS__

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: Conspiracy to distribute Oxycodone; in violation of 21 U.S.C. §846.

Date: __February 22, 2011__

*Issuing officer's signature*

City and State: __Fort Lauderdale, Florida__

Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

### Return

This warrant was received on *(date)* __2/23/2011__, and the person was arrested on *(date)* __2/23/2011__
at *(city and state)* __Lighthouse Point, FL__.

Date: __2/25/2011__

*Arresting officer's signature*

Sophia Peters, ASDUSM
*Printed name and title*