**SENTENCING MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE # 11-60033-CR-COOKE**

DEFENDANT: JEREMIAH FLOWERS         **JUDGE MARCIA G. COOKE**

Deputy Clerk: Ivan Marchena           Date: August 15, 2012

Court Reporter: Diane Miller          Interpreter:

AUSA: S. Behnke and G. Tortella       Deft's Counsel: H. Dopico and C. O'Connor

       COUNTS DISMISSED:

____ Deft. Failed to Appear - Warrant Iss.

____ Sentencing cont'd until: _____

**JUDGMENT AND SENTENCE**

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
|  |  | 40 | 1 |

Supervised Release: 3 years      Special Conditions:

**PROBATION**

Years: _____   Months: _____      Counts: ____

Special Conditions: _____

Assessment $ 100.00           Fine $ __

Restitution/Other ____

**CUSTODY**

____ Remanded to the Custody of the U.S. Marshal Service    ____ Release on bond pending appeal

_X_ Voluntary Surrender to (designated institution or U.S. Marshal Service) on: November 26, 2012

Commitment Recommendation: RDAP and Local facility.